**Order entered September 15, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00821-CR

### BRENDA DELGADO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76401-W**

### ORDER

The reporter's record was filed October 11, 2019, and this appeal was submitted on January 19, 2021. Missing from the reporter's record is State's Exhibit 393, an interview with appellant, offered and admitted during trial.

We **ORDER** court reporter Darline King to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit 393 within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court, to Darline King, official court reporter, 363rd Judicial District Court, and to counsel for all parties.

/s/     KEN MOLBERG
PRESIDING JUSTICE